1   DANIEL J. BRODERICK, #89424
    Acting Federal Defender
2   CARRIE S. LEONETTI, Maryland Bar
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorneys for Defendant
6   RICHARD S. AMAVISCA

7

8                 IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO. 1:05-cr-301 OWW
                                       )
12              Plaintiff,             )   STIPULATION   TO   CONTINUE   STATUS
                                       )   CONFERENCE HEARING; AND [PROPOSED]
13      v.                             )   ORDER THEREON
                                       )
14  RICHARD S. AMAVISCA,               )
                                       )   Date :  May 16, 2006
15              Defendant.             )   Time :  9:00 a.m.
                                       )   Judge:  Hon. Oliver W. Wanger
16  _____)

17          IT IS HEREBY STIPULATED by and between the parties hereto, and through  their respective

18  attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for

19  April 25,  2006,  may be continued to **May 16,  2006 at 9:00 a.m.**

20          The parties agree that the delay resulting from the continuance shall be excluded in the interests of

21  justice, including but not limited to, the need for the period of time set forth herein for further plea

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1   negotiations pursuant to 18 U.S.C. §3161(h)(8)(A).

2          DATED:  April 21, 2006                    McGREGOR W. SCOTT
                                                      United States Attorney
3

4
                                                      /s/ Stanley A. Boone
5                                                     STANLEY A. BOONE
                                                      Assistant U.S. Attorney
6                                                     Attorney for Plaintiff

7

8
           DATED:  April 21, 2006                    DANIEL J. BRODERICK
9                                                     Acting Federal Defender

10

11                                                    /s/ Carrie S. Leonetti
                                                      CARRIE S. LEONETTI
12                                                    Assistant Federal Defender
                                                      Attorney for Defendant
13

14

15                                      **O R D E R**

16   IT IS SO ORDERED.

17   DATED:_____

18

19
                                                      _____
20                                                    The Hon. OLIVER W. WANGER
                                                      United States District Court Judge for the
                                                      Eastern District of California
21

22

23   `

24
     IT IS SO ORDERED.
25
     **Dated:    April 24, 2006**                          **/s/ Oliver W. Wanger**
26   emm0d6                                           UNITED STATES DISTRICT JUDGE

27

28

Stipulation to Continue Status Conference              −2−