Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Richard Salazar Amavisca, Jr. |
| **Docket Number:** | 1:05CR00301-001 |
| **Offender Address:** | Visalia, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | January 16, 2007 |
| **Original Offense:** | 18 USC 1513(b)(2) - Witness Retaliation<br>(CLASS C FELONY) |
| **Original Sentence:** | 75 Days BOP With Credit for Time Served; 36 Months Supervised Release; $100 Special Assessment; Mandatory Drug Testing. |
| **Special Conditions:** | Search and seizure; Financial disclosure; Drug/Alcohol treatment program; Substance abuse testing; Co-payment of up to $25 per month; No alcohol; Home detention for 300 days with electronic monitoring at probation officer's discretion. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | January 16, 2007 |
| **Assistant U.S. Attorney:** | Sherrill A. Carvalho   **Telephone:** (559) 497-4000<br>Assistant U.S. Attorney |
| **Defense Attorney:** | Carrie Leonetti   **Telephone:** (559) 487-5561<br>Assistant Federal Defender |
| **Other Court Action:** | None. |

**RE:**   **AMAVISCA, JR., Richard Salazar**
         **Docket Number: 1:05CR00301-001**
         **PETITION TO MODIFY THE CONDITIONS OR TERM**
         **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

As directed by the probation officer, the defendant shall participate in a program of mental health treatment (inpatient or outpatient).

**Justification:**   The releasee is experiencing significant emotional problems which require professional mental health intervention. The releasee agrees with the modification and has signed Waiver of Hearing form which is retained in the case file.

Respectfully submitted,

/s/ Dan L. Vianello

**DAN L. VIANELLO**
**Senior United States Probation Officer**
Telephone: (559) 734-2933

**DATED:**   May 21, 2007
            Visalia, California
            DLV:ljr

**REVIEWED BY:**   /s/ Rick C. Louviere
                  **RICK C. LOUVIERE**
                  **Supervising United States Probation Officer**

RE:   AMAVISCA, JR., Richard Salazar
      Docket Number:  1:05CR00301-001
      **PETITION TO MODIFY THE CONDITIONS OR TERM
      OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

**Dated:**   May 26, 2007                                   /s/ Oliver W. Wanger
                                                    UNITED STATES DISTRICT JUDGE